PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Albert Z. Ades                                                                                         Cr.: 15-00095-001
                                                                                                                                          PACTS #: 1246561

Name of Sentencing Judicial Officer:     THE HONORABLE ESTHER SALAS
                                                              UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/14/2016

Original Offense:     Health Care, 18 U.S.C. § 1347 & 2

Original Sentence: 37 months imprisonment, 36 months supervised release

Special Conditions: Special Assessment, $280,000.01 in Restitution, No New Debt/Credit

Type of Supervision: Supervised Release                              Date Supervision Commenced: 01/05/2018

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Failed to satisfy restitution. |

U.S. Probation Officer Action:

Throughout his term of supervised release, Ades has paid $3,440.30 towards his restitution. His supervision is due to expire on January 4, 2021, with an outstanding restitution balance of $276,559.71. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of her earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613

                                                                                        Respectfully submitted,

                                                                                        SUSAN M. SMALLEY, Chief
                                                                                        U.S. Probation Officer

                                                                                        *Elisa Martinez*

                                                                                          By:    ELISA MARTINEZ
                                                                                                    Supervising U.S. Probation Officer

/ kam

Prob 12A – page 2
Albert Z. Ades

PREPARED BY:

*Kelly A. Maciel*           *10/22/2020*
KELLY A. MACIEL            Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on January 4, 2021 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Honorable Katharine S. Hayden
U.S. District Judge

Date: 10/30/2020